UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

DONALD JAMES COON, )
 )
       Plaintiff, )
 )
  v. ) No. 4:06-CV-1637-CAS
 )
ASSUMPTION HEALTHCARE SYSTEM, )
ST. MARY'S HOSPITAL, NORTHEAST )
ORTHOPEDIC SURGEONS, DR. MATTHEW )
ZMURKO, DR. JOHN WHALEN, and )
NORTHWOODS REHABILITATION AND )
EXTENDED CARE HOSPITAL, )
 )
       Defendants. )

### ORDER OF DISMISSAL

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, for lack of subject matter jurisdiction. See 28 U.S.C. § 1332(a).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

                                        **CHARLES A. SHAW**
                                        **UNITED STATES DISTRICT JUDGE**

Dated this  8th  day of December, 2006.